IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:99CR3073 |
| ) | |
| THOMAS GONZALEZ, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 36, now set for January 20, 2009, at 12:15 p.m. until a date certain in approximately six weeks.  The Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 3rd day of March, 2009, at 1:00 p. m.  The defendant is ordered to appear at such time.

Dated this 16th day of January, 2009.

BY THE COURT:

s/ Warren K. Urbom

United States Senior District Judge