IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:99CR3073 |
| v. | ) | |
| THOMAS R. GONZALES, | ) | ORDER CONTINUING DISPOSITION HEARING |
| Defendant. | ) | |

At the hearing held today,

IT IS ORDERED that:

1. the defendant admits the violation of Standard Condition # 8;

2. the recommendation of the supervising probation officer is adopted and the disposition hearing is continued to April 7, 2009, at 12:45 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. the defendant shall be present at the hearing on April 7, 2009.

Dated March 3, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge