IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )            4:99CR3073
                                         )
           v.                            )
                                         )
THOMAS R. GONZALES,                      )    ORDER RESCHEDULING DISPOSITION
                                         )              HEARING
                    Defendant.           )
_____      )

           IT IS ORDERED that:

           1. the disposition hearing for the defendant Thomas R. Gonzales is rescheduled to
commence at 12:15 p.m. on April 7, 2009, in Courtroom No. 4, U.S. Courthouse, 100 Centennial
Mall North, Lincoln, Nebraska; and

           2.      the defendant shall be present at the hearing on April 7, 2009, at 12:15 p.m.

           Dated March 31, 2009.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge